IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BROWN,

      Plaintiff,                    No. CIV S-07-2433 FCD GGH P

    vs.

M. LEWIS, et al.,

      Defendants.               ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 27, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 21, 2008 motion for an extension of time, (Docket #8) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 04/29/08

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:ja
brow2433.36