IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BROWN,

    Plaintiff,   No. CIV S-07-2433 FCD GGH P

  vs.

M. LEWIS, et al.,

    Defendants.   ORDER
_____/

    Plaintiff has requested a second extension of time to file an amended complaint pursuant to the court's order of March 27, 2008.  Plaintiff states that he is being transferred out of state to a private prison and has recently had difficulty obtaining law library access or access to his legal property.  The court will grant a second extension of time.

    Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

1

counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's second request for an extension of time, filed on May 23, 2008 (Docket #10), is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint;

3. Plaintiff's May 23, 2008 request for the appointment of counsel (Docket #10) is denied.

DATED: 06/03/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
brow2433.31

2